United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **BALTAZAR ASICONA-RIVERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01662** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons set forth in its Order, the Court granted Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). Accordingly, the Court now enters final judgment. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this September 29, 2026.

Diana Saldaña
United States District Judge